# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jean Michel Laguerre aka Jean M. Laguerre aka Jean Laguerre** | **BK NO. 16-02985 JJT** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                       Respectfully submitted,

                       **/s/ James C. Warmbrodt, Esquire**
                       James C. Warmbrodt, Esquire
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA  19106
                       412-430-3594