```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02985-JJT
Jean Michel Laguerre                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Aug 07, 2017
                              Form ID: pdf010         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
```
db            +Jean Michel Laguerre,    PO Box 1279,    Stroudsburg, PA 18360-4279
              +Rose M. Green,   105-22 192 Street,    Saint Albans, NY 11412-1161
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
```
              Andrew L Spivack    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com, tomysong@hotmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor Jean Michel Laguerre
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jean Michel Laguerre aka Jean M. Laguerre aka Jean Laguerre<br><br>    Debtor(s) | CHAPTER 13 |
| **Toyota Motor Credit Corporation**<br>    Movant<br>v.<br>Jean Michel Laguerre aka Jean M. Laguerre aka Jean Laguerre<br>    Debtor/Respondent<br>and<br>Rose M. Green<br>    Additional Respondent<br>And.<br>Charles J. DeHart, III Esq., Trustee<br>    Additional Respondent | NO. 16-02985 JJT<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301(c) is hereby terminated as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2007 TOYOTA RAV2/4 , VIN: JTMBD33V676034764 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Dated: August 7, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)